DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILFREDO ERAZO-TURCIOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1867

_____

March 20, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.